# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
THE HERSHEY COMPANY and              :
HERSHEY CHOCOLATE &                  :
CONFECTIONERY CORPORATION            :
                                     :   No. 1:10-CIV-1011
                     Plaintiffs,     :
                                     :
            v.                       :
                                     :
WILLIAMS-SONOMA, INC.,               :
                                     :
                     Defendant.      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs The Hershey Company and Hershey Chocolate & Confectionery Corporation, by agreement of the parties, hereby voluntarily dismiss this action with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: August 5, 2010

                                           McNEES WALLACE & NURICK LLC

*Of Counsel:*                       /s/ Harvey Freedenberg
                                          Harvey Freedenberg
KAYE SCHOLER LLP            100 Pine Street
Paul C. Llewellyn               P.O. Box 1166
425 Park Avenue               Harrisburg, PA 17108-1166
New York, New York 10022    Telephone: (717) 237-5267
Telephone: (212) 836-8000     Facsimile: (717) 237-5300
Facsimile: (212) 836-6463      *Attorneys for Plaintiffs*